### Irene Rice, by John A. Walker, Appellee, v. Royal Neighbors of America, Appellant.

#### (Not to be reported in full.)

Appeal from the Circuit Court of Jersey county; the Hon. JAMES A. CREIGHTON, Judge, presiding. Heard in this court at the October term, 1916. Reversed with finding of fact. Opinion filed April 16, 1917. Rehearing denied July 2, 1917.

### Statement of the Case.

Action by Irene Rice, a minor, by John A. Walker, her guardian, plaintiff, against the Royal Neighbors of America, defendant, upon a certificate of insurance for $1,000 on the life of Alta M. Rice and payable to plaintiff as beneficiary. From a judgment for plaintiff for $1,129.12, defendant appeals.

U. A. SCREECHFIELD, W. J. CHAPMAN and FRED J. DU HADWAY, for appellant.

THOMAS F. FERNS and SUMNER & REARDON, for appellee.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

THIRD DISTRICT—APRIL, 1917.     493

## Abstract of the Decision.

INSURANCE, § 907*—*when evidence shows self-inflicted abortion was cause of death of insured.* In an action on a benefit certificate, evidence *held* sufficient to show that self-inflicted abortion and not pneumonia was the cause of death of insured.